UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

KENNETH BELLET,

                         Plaintiff,

        v.                                                  **ORDER**
                                                            03-CV-27S

CITY OF BUFFALO, ET AL.,

                         Defendants.


        1.      On January 14, 2003, Plaintiff, proceeding *pro se*, commenced this civil

action by filing a Complaint in the United States District Court for the Western District of

New York pursuant to 42 U.S.C. § 1983, alleging that Defendants violated his civil rights.

(Docket No. 1.[1])  On January 16, 2009, Defendant Rita Eisenbeis filed a Motion for

Summary Judgment.  (Docket No. 92.)  Thereafter, this Court referred the case to the

Honorable Jeremiah J. McCarthy, United States Magistrate Judge, to hear and report upon

dispositive motions pursuant to 28 U.S.C. § 636(b)(1)(B).  (Docket No. 93.)

        2.      Consistent with this Court's referral Order, Judge McCarthy filed a Report and

Recommendation, recommending that Defendant's Motion for Summary Judgment be

denied.  (Docket No. 105.)  No objections to the Report and Recommendation were

received from either party within ten (10) days from the date of its service, in accordance

with 28 U.S.C. § 636(b)(1)(C) and Local Rule 72.3(a)(3).

---

[1] Plaintiff subsequently filed an Amended Complaint on March 6, 2003.  (Docket No. 4.)

3. This Court has carefully reviewed Judge McCarthy's Report and Recommendation as well as the pleadings and materials submitted by the parties and will accept Judge McCarthy's recommendation.

IT HEREBY IS ORDERED, that this Court accepts Judge McCarthy's Report, and Recommendation (Docket No. 105) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that Defendant Rita Eisenbeis's Motion for Summary Judgment (Docket No. 92) is DENIED.

SO ORDERED.

Dated: September 7, 2009
       Buffalo, New York

          /s/William M. Skretny
          WILLIAM M. SKRETNY
         United States District Judge